In the Matter of the Application of JENNIE LAMBIASI and Another, as Administratrices, etc., of LUCY GRAY, Deceased, Appellants, to Ascertain Amount Payable to GERTRUDE LECHNER, as General Guardian, etc., Respondent, etc.— Order reversed and motion granted, and proceeding remitted to the surrogate of the county of

New York for further action in accordance with the order of this court. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.